IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTHONY LAWRENCE LAROCHE,

    Petitioner,

v.

WARDEN EDWARD PHILIBIN,

    Respondent.

CIVIL ACTION NO.: 6:16-cv-10

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 18), as set forth herein. Petitioner Anthony Lawrence LaRoche ("LaRoche") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

The Court **GRANTS** Respondent's Motion to Dismiss. Doc. 12. LaRoche's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 1), is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. Additionally, the Court **DENIES** LaRoche leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 12th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA