# United States District Court
## Southern District of Georgia

ANTHONY LAWRENCE LAROCHE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-010

WARDEN EDWARD PHILIBIN,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 12, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, this civil action is DISMISSED, and stands CLOSED.

July 12, 2016
*Date*



Scott L. Poff
*Clerk*

(By) *Deputy Clerk*